## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:

|  |  |
|---|---|
| Larry David Tucker | Case No.:  13 B 30681 |
| Amanda Lynn Tucker | Chapter:  13 |
| Debtor(s) | Judge Bruce W. Black |

---

### ENTRY OF APPEARANCE AND REQUEST FOR ALL NOTICES

---

The undersigned, a duly qualified attorney admitted to practice before this Court, hereby enters an appearance in the within captioned matter on behalf of RESIDENTIAL CREDIT SOLUTIONS, INC., and/or its assigns and requests all notices, pleadings, motions, orders, applications and other documents filed and/or served in this case be sent to them at the following address:

Berton J. Maley ARDC#6209399
Christopher J. Stasko ARDC#6256720
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
Jessica S. Naples ARDC#6304951
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-13-32629)**

Dated December 13, 2013.

By:   /s/ Maria Georgopoulos

NOTE: This law firm is deemed to be a debt collector.