**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| **IN RE:** | Case No.: 13 B 30681 |
| Larry David Tucker | Chapter: 13 |
| Amanda Lynn Tucker | Hearing Date: 1/17/14 |
| Debtor(s) | Judge Bruce W. Black (Joliet) |

**NOTICE OF MOTION**

TO:   Glenn B Stearns, Chapter 13 Trustee, 801 Warrenville Road, Suite 650, Lisle, IL 60532 by electronic notice through ECF
Larry David Tucker, Amanda Lynn Tucker, Debtor(s), 7709 Pin Oak Drive, Plainfield, IL 60586
Mohammed O. Badwan, Attorney for Debtor(s), 900 Jorie Blvd Ste 150, Oak Brook, IL 60523 by electronic notice through ECF

   PLEASE TAKE NOTICE that on the 1/17/14, at 10:00AM, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Bruce W. Black, Bankruptcy Judge, in the courtroom usually occupied by him/her at the Joliet City Hall, 150 West Jefferson Street, 2nd Floor, Joliet, Illinois 60432 or before any other Bankruptcy Judge who may be sitting in his/her place and stead, and shall then and there present this Motion of the undersigned, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith, at which time you may appear if you so desire.

**PROOF OF SERVICE**

   The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the parties listed above, as to the Trustee and Debtor's attorney via electronic notice on January 7, 2014 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on January 7, 2014.

                    /s/ Rachael Stokas
                       Attorney for Movant

Berton J. Maley ARDC#6209399
Christopher J. Stasko ARDC#6256720
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
Jessica S. Naples ARDC#6304951
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-13-32629)**

NOTE: This law firm is deemed to be a debt collector.

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on January 7, 2014 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on January 7, 2014.

Glenn B Stearns, Chapter 13 Trustee, 801 Warrenville Road, Suite 650, Lisle, IL 60532 by electronic notice through ECF
Larry David Tucker, Amanda Lynn Tucker, Debtor(s), 7709 Pin Oak Drive, Plainfield, IL 60586
Mohammed O. Badwan, Attorney for Debtor(s), 900 Jorie Blvd Ste 150, Oak Brook, IL 60523 by electronic notice through ECF


                                            /s/ Rachael Stokas
                                              Attorney for Movant

Berton J. Maley ARDC#6209399
Christopher J. Stasko ARDC#6256720
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
Jessica S. Naples ARDC#6304951
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-13-32629)**

NOTE: This law firm is deemed to be a debt collector.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**

Larry David Tucker
Amanda Lynn Tucker

Debtor(s)

Case No.: 13 B 30681
Chapter: 13
Hearing Date: 1/17/14

Judge Bruce W. Black (Joliet)

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**NOW COMES** RESIDENTIAL CREDIT SOLUTIONS, INC., (hereinafter "Movant"), by and through its attorneys, Codilis & Associates, P.C., and moves this Honorable Court pursuant to 11 U.S.C. §362(d) for an Order granting Movant relief from the automatic stay and in support thereof states as follows:

1. This Court has jurisdiction pursuant to 28 U.S.C. §1334 and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois, Eastern Division;

2. The Debtor is indebted to Movant for which the Movant claims a valid security interest in the property commonly known as 32290 Monte Vista, Cathedral City, CA;

3. Enforcement of this security interest has been stayed automatically by operation of 11 U.S.C. §362 of the Bankruptcy Code upon Debtor filing of this petition on 7/31/13;

4. Movant is entitled to relief from the automatic stay under 11 U.S.C. Section 362(d) for the following reason(s):

   a. According to the chapter 13 plan, the aforementioned property known as 32290 Monte Vista, Cathedral City, CA is to be surrendered;

   b. As of 01/07/2014, the Debtor(s) is/are past due for the 8/1/13, and all

        amounts coming due since that date. Any payments received after this date may not be reflected in this default;

    c.    As of 01/07/2014, the total post-petition default through and including 1/1/14, is $6,422.78. Any payments received after this date may not be reflected in this default. This amount includes post-petition attorney fees in the amount of $1,026.00;

5.    This Court has authority to order that Rule 4001(a)(3) is not applicable to the order entered in granting this motion, and Movant requests this Court so order;

6.    That in the event the stay is modified, Movant requests this Court find that Rule 3002.1 is not applicable with respect to Movant as the loan secured by the property described herein will not be paid pursuant to 11 U.S.C. 1322(b)(5);

7.    Movant has incurred attorney fees and/or costs in connection with this bankruptcy proceeding which have been included in the calculation of any default figures quoted herein, including:

    $850.00    for Preparation of Notice and Motion for Relief from the Automatic Stay, and prosecution of same

    $176.00    for Court filing fee

**WHEREFORE,** RESIDENTIAL CREDIT SOLUTIONS, INC. prays this Court enter an Order pursuant to 11 U.S.C. Section 362(d) modifying the automatic stay as to Movant and for such other and further relief as this Court may deem just and proper.

Dated this January 7, 2014.

        Respectfully Submitted,

        Codilis & Associates, P.C.

        By: /s/ Rachael Stokas

        Berton J. Maley ARDC#6209399
        Christopher J. Stasko ARDC#6256720
        Gloria C. Tsotsos ARDC#6274279
        Jose G. Moreno ARDC#6229900
        Rachael A. Stokas ARDC#6276349
        Peter C. Bastianen ARDC#6244346
        Joel P. Fonferko ARDC#6276490
        Maria A. Georgopoulos ARDC#6281450
        Jessica S. Naples ARDC#6304951
        **Codilis & Associates, P.C.**
        15W030 North Frontage Road, Suite 100
        Burr Ridge, IL 60527
        (630) 794-5300
        **C&A FILE (14-13-32629)**

NOTE: This law firm is deemed to be a debt collector.