**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

|  |  |  |
|---|---|---|
| | : | |
| **In re:** | : | |
| | : | |
| **Larry David Tucker** | : | **Case No.:  13-30681** |
| **Amanda Lynn Tucker** | : | **Chapter 13** |
| **FKA Amanda Somnis** | : | **Judge Bruce W. Black** |
| | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| **Debtor.** | : | |

**NOTICE OF MOTION**

**Notified via Electronic Filing**

U.S. Trustee
Patrick S. Layng
Office of the United States Trustee, Region 11
219 S. Dearborn Street
Room 873
Chicago, IL 60604

Glenn B. Stearns
801 Warrenville Road
Suite 650
Lisle, IL  60532

Mohammed O. Badwan
Attorney for Larry David Tucker and Amanda Lynn Tucker
FKA Amanda Somnis
Sulaiman Law Group, LTD
900 Jorie Blvd Ste 150
Oak Brook, IL  60523
mbadwan@sulaimanlaw.com

13-024085_SKR

**Notified via US Postal Service**

Larry David Tucker
Amanda Lynn Tucker
FKA Amanda Somnis
7709 Pin Oak Drive
Plainfield, IL  60586

Larry David Tucker
Amanda Lynn Tucker  FKA Amanda Somnis
7709 Pin Oak Dr
Plainfield, IL  60586

Clublands of Joliet
C/O AMG Management Group, LLC
1400 Essington Road
Joliet, IL  60435

Please take notice that on April 25, 2014, at 10:00 a.m., or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Bruce W. Black, Joliet City Hall, 150 West Jefferson Street, 2nd Floor, Joliet, IL, 60432 or before any other Bankruptcy Judge who may be presiding in his/her place and stead and shall then and there present the accompanying motion.  At that time and place you may attend if you so choose.

**AFFIDAVIT OF SERVICE**

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached motion upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 1400 Goodale Blvd, Grandview Heights, OH 43212, on 18th day of April, 2014, unless a copy was provided electronically by the Clerk of the Court.

Date   April 18, 2014                              /s/ Cari A. Kauffman
                                                    Signature

13-024085_SKR

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Motion for Relief

from the Automatic Stay (First Mortgage) was served on the parties listed below via e-mail

notification:

U.S. Trustee
Patrick S. Layng
Office of the United States Trustee, Region 11
219 S. Dearborn Street
Room 873
Chicago, IL 60604

Glenn B. Stearns
801 Warrenville Road
Suite 650
Lisle, IL 60532

Mohammed O. Badwan
Attorney for Larry David Tucker and
Amanda Lynn Tucker
FKA Amanda Somnis
Sulaiman Law Group, LTD
900 Jorie Blvd Ste 150
Oak Brook, IL 60523
mbadwan@sulaimanlaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, from 1400 Goodale
Blvd, Grandview Heights, OH 43212, on April 18, 2014:

Larry David Tucker
Amanda Lynn Tucker
FKA Amanda Somnis
7709 Pin Oak Drive
Plainfield, IL 60586

Larry David Tucker
Amanda Lynn Tucker
FKA Amanda Somnis
7709 Pin Oak Dr
Plainfield, IL 60586

Clublands of Joliet
C/O AMG Management Group, LLC
1400 Essington Road
Joliet, IL 60435

/s/ Cari A. Kauffman

13-024085_SKR

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

|                          |   |                                      |
|--------------------------|---|--------------------------------------|
|                          | : |                                      |
| **In re:**               | : |                                      |
|                          | : |                                      |
| **Larry David Tucker**   | : | **Case No.:  13-30681**              |
| **Amanda Lynn Tucker**   | : | **Chapter 13**                       |
| **FKA Amanda Somnis**    | : | **Judge Bruce W. Black**             |
|                          | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| **Debtor.**              | : |                                      |

<u>**MOTION FOR RELIEF FROM THE AUTOMATIC STAY (FIRST MORTGAGE)**</u>

BANK OF AMERICA, N.A. ("Movant"), hereby moves the Court, pursuant to 11 U.S.C. § 362, for relief from the automatic stay with respect to certain real property of the Debtor(s) having an address of 7709 Pin Oak Dr, Plainfield, IL 60586, (the "Property").  The Required Statement is attached hereto as Exhibit E in accordance with Local Rule 4001-1.  In further support of this Motion, Movant respectfully states:

1.     A petition under Chapter 13 of the United States Bankruptcy Code was filed with respect to the Debtor(s) on July 31, 2013.

2.     A Chapter 13 Plan was confirmed on October 4, 2013.

3.     The Debtor(s) has/have executed and delivered or are otherwise obligated with respect to that certain promissory note in the original principal amount of $261,311.00 (the "Note").  A copy of the Note is attached hereto as Exhibit A. Movant is an entity entitled to enforce the Note.

13-024085_SKR

4.      Pursuant to that certain Mortgage (the "Mortgage"), all obligations (collectively,

the "Obligations") of the Debtor(s) under and with respect to the Note and the Mortgage are

secured by the Property. A copy of the Mortgage is attached hereto as Exhibit B.

5.      All rights and remedies under the Mortgage have been assigned to the Movant

pursuant to that certain assignment of mortgage, a copy of which is attached hereto as Exhibit C.

6.      Bank of America, N.A. services the loan on the Property referenced in this

Motion.  In the event the automatic stay in this case is modified, this case dismisses, and/or the

Debtor(s) obtain(s) a discharge and a foreclosure action is commenced on the mortgaged

property, the foreclosure will be conducted in the name of Movant.   Movant, directly or through

and agent, has possession of the Note.  The Note is either made payable to Movant or has been

duly endorsed.

7.      As of the April 3, 2014, the outstanding amount of the Obligations is:

$256,363.72.

8.      The Larry David Tucker and Amanda Lynn Tucker  FKA Amanda Somnis

(hereinafter "Debtors") Chapter 13 Plan indicates the Property is to be surrendered.

9.      In addition to the other amounts due to Movant reflected in this Motion, as of the

date hereof, in connection with seeking the relief requested herein, Movant has also incurred

$826.00 in legal fees and costs. Movant reserves all rights to seek an award or allowance of such

fees and expenses in accordance with applicable loan documents and related agreements, the

Bankruptcy Code and otherwise applicable law.

13-024085_SKR

10.     The Debtor(s) plan calls for the Debtor(s) to make postpetition mortgage

payments to the MovantThe following chart sets forth the number and amount of postpetition

payments due pursuant to the terms of the Note that have been missed by the Debtor(s) :

| Number of Delinquent Payments | From | To | Monthly Payment Amount | Total Amounts Delinquent |
|---|---|---|---|---|
| 9 | 8/1/2013 | 4/1/2014 | $1,978.78 | $17,809.02 |
| Less partial payments: | | | | ($0.00) |

**Total: $17,809.02**

11.     The estimated market value of the Property is $ 235,000.00. The basis for such

valuation is Schedule D.

12.     Upon information and belief, the aggregate amount of encumbrances on the

Property listed in the Schedules or otherwise known, including but not limited to the

encumbrances granted to Movant, is $256,363.72.

13.     Cause exists for relief from the automatic stay for the following reasons:

(a)     Movant's interest in the Property is not adequately protected. The fair market value of the Property is declining and payments are not being made to Movant sufficient to protect Movant's interest against that decline.

(b)     Debtor(s) has no equity in the Property and the Property is not needed by the Debtor(s) for its reorganization.  Movant believes that the Property has a value of $235,000.00 based on Schedule D, which is attached hereto as Exhibit D.  The balance on Movant's first mortgage exceeds the value of the Property.  Based upon the lack of equity in the Property, Movant asserts that the Property is burdensome and/or of inconsequential value and benefit to the estate.

14.     Creditor, by counsel, further prays that the 14-day stay of the order imposed by

Bankruptcy Rule 4001(a)(3) be waived.

WHEREFORE, Movant prays that this Court issue an Order terminating or modifying the

stay and granting the following:

13-024085_SKR

1.   Relief from the stay allowing Movant (and any successors or assigns) to proceed

under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain

possession of the Property.

2.   That the 14-day stay described by Bankruptcy Rule 4001(a)(3) be waived.

3.   For such other relief as the Court deems proper.

Dated:  04/18/14                                 Respectfully submitted,

                                                 /s/ Cari A. Kauffman
                                                 Cari A. Kauffman (6301778)
                                                 Keith Levy (6279243)
                                                 Sarah E. Willms (28840-64)
                                                 Stacey A. O'Stafy (0070386)
                                                 Manley Deas Kochalski LLC
                                                 P.O. Box 165028
                                                 Columbus OH  43216-5028
                                                 614-220-5611; Fax: 614-627-8181
                                                 Attorneys for Creditor
                                                 The case attorney for this file is Cari A.
                                                 Kauffman.
                                                 Contact email is cak@manleydeas.com

13-024085_SKR

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Motion for Relief from the

Automatic Stay (First Mortgage) was served on the parties listed below via e-mail notification:

U.S. Trustee
Patrick S. Layng
Office of the United States Trustee, Region
11
219 S. Dearborn Street
Room 873
Chicago, IL 60604

Glenn B. Stearns
801 Warrenville Road
Suite 650
Lisle, IL 60532

Mohammed O. Badwan
Attorney for Larry David Tucker and
Amanda Lynn Tucker  FKA Amanda
Somnis
Sulaiman Law Group, LTD
900 Jorie Blvd Ste 150
Oak Brook, IL 60523
mbadwan@sulaimanlaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, from 1400 Goodale
Blvd,  Grandview Heights, OH 43212, on April 18, 2014:

Larry David Tucker
Amanda Lynn Tucker  FKA Amanda
Somnis
7709 Pin Oak Drive
Plainfield, IL 60586

Clublands of Joliet
C/O AMG Management Group, LLC
1400 Essington Road
Joliet, IL 60435

Larry David Tucker
Amanda Lynn Tucker  FKA Amanda
Somnis
7709 Pin Oak Dr
Plainfield, IL 60586

/s/ Cari A. Kauffman

13-024085_SKR