# United States Bankruptcy Court

Northern District of Illinois
Case No. 13–30681
**Chapter 13**

In re: Debtors (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Larry David Tucker | Amanda Lynn Tucker |
| 7709 Pin Oak Drive | fka Amanda Somnis |
| Plainfield, IL 60586 | 7709 Pin Oak Drive |
| | Plainfield, IL 60586 |

Social Security / Individual Taxpayer ID No.:
xxx–xx–3528                                             xxx–xx–4764

Employer Tax ID / Other nos.:


## DISCHARGE OF JOINT DEBTORS AFTER COMPLETION OF CHAPTER 13 PLAN

It appearing that the debtors are entitled to a discharge, **IT IS ORDERED:** The debtors are granted a discharge under section 1328(a) of title 11, United States Code, (the Bankruptcy Code).

If the trustee has filed and served a notice pursuant to Section B2 (b) of the debtors' plan, and no statement is timely filed by the mortgagee in response, the mortgage addressed by the notice is deemed to be fully current as of the date of the notice.


FOR THE COURT


Dated: <u>January 6, 2015</u>                    <u>Jeffrey P. Allsteadt, Clerk</u>
                                                                      United States Bankruptcy Court


**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 13 CASE

This court order grants a discharge to the person named as the debtor after the debtor has completed all payments under the chapter 13 plan. It is not a dismissal of the case.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 13 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt is provided for by the chapter 13 plan or is disallowed by the court pursuant to section 502 of the Bankruptcy Code.

### Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 13 bankruptcy case are:

a. Domestic support obligations;

b. Debts for most student loans;

c. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

d. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

e. Debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual (in a case filed on or after October 17, 2005);

f. Debts provided for under section 1322(b)(5) of the Bankruptcy Code and on which the last payment is due after the date on which the final payment under the plan was due;

g. Debts for certain consumer purchases made after the bankruptcy case was filed if prior approval by the trustee of the debtor's incurring the debt was practicable but was not obtained;

h. Debts for most taxes to the extent not paid in full under the plan (in a case filed on or after October 17, 2005); and

i. Some debts which were not properly listed by the debtor (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 13-30681-BWB
Larry David Tucker                                                  Chapter 13
Amanda Lynn Tucker
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dwilliams              Page 1 of 2              Date Rcvd: Jan 06, 2015
                              Form ID: b18w                Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 08, 2015.
db/jdb         +Larry David Tucker,   Amanda Lynn Tucker,   7709 Pin Oak Drive,   Plainfield, IL 60586-4167
20801909       +Acs/College Loan Corp.,   501 Bleecker Street,   Utica, NY 13501-2401
20934567      +++Bank of America, N.A.,   Manley Deas Kochalski LLC,   PO Box 165028,   Columbus, OH 43216-5028
20970278       +CLC on behalf of MHEAC d/b/a ASA,   c/o MHEAC d/b/a ASA,   100 Cambridge Street, Suite 1600,
                 Boston, MA 02114-2518
21297786       +COLLEGE LOAN CORP on behalf of MHEAC d/b/a ASA,   MHEAC d/b/a ASA,
                 100 Cambridge Street, Suite 1600,   Boston, MA 02114-2518
20801912       +Chase Home Mortgage,   PO Box 78035,   Phoenix, AZ 85062-8035
20801911       +Chase Home Mortgage,   ATTN: Bankruptcy Department,   P.O. Box 15298,
                 Wilmington, DE 19850-5298
20801915       +Clublands of Joliet,   C/O AMG Management Group, LLC,   1400 Essington Road,
                 Joliet, IL 60435-2886
20973459       +College Loan Corp on behalf of MHEAC d/b/a ASA,   c/o MHEAC d/b/a ASA,
                 100 Cambridge Street, Suite 1600,   Boston, MA 02114-2518
20801918        Equifax Information Services, LLC,   1550 Peachtree Street NW,   Atlanta, GA 30309
20801919       +Experian Information Solutions, Inc.,   475 Anton Boulevard,   Costa Mesa, CA 92626-7037
21336711       +Residential Credit Solutions Inc,   Codilis & Associates P.C.,   15W030 N Frontage Rd suite 100,
                 Burr Ridge, IL 60527-6921
21328413       +Residential Credit Solutions, Inc.,   c/o Codilis & Associates, P.C.,
                 15W030 North Frontage Road, Suite 100,   Burr Ridge, IL 60527-6921
20801922       +Residential Credit Solutions, Inc.,   4282 North Freeway,   Fort Worth, TX 76137-5021
20801923       +Residential Credit Solutions, Inc.,   P.O. Box 163349,   Fort Worth, TX 76161-3349
20801924       +Trans Union LLC,   1561 E. Orangethorpe Avenue,   Fullerton, CA 92831-5210

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21285623       +EDI: BANKAMER2.COM Jan 07 2015 01:18:00      Bank of America, N.A.,
                 Northeast Legal Order Processing,   NY7-501-02-07,   5701 Horatio St,   Utica NY 13502-1024
20801910       +EDI: BANKAMER2.COM Jan 07 2015 01:18:00      Bank of America, N.A. *,   401 N. Tryon Street,
                 NC1-021-02-20,   Charlotte, NC 28255-0001
20801913        EDI: CITICORP.COM Jan 07 2015 01:18:00      Citibank,   Attn: Bankruptcy Dept,   Po Box 20507,
                 Kansas City, MO 64195
20801914        EDI: CITICORP.COM Jan 07 2015 01:18:00      Citicorp Credit Services *,
                 ATTN: Internal Recovery; Centralized Bk,   P.O. Box 20507,   Kansas City, MO 64195
20801917        EDI: DISCOVER.COM Jan 07 2015 01:18:00      Discover Financial Services, LLC,   PO Box 15316,
                 Wilmington, DE 19850
20836615        EDI: DISCOVER.COM Jan 07 2015 01:18:00      Discover Bank,   DB Servicing Corporation,
                 PO Box 3025,   New Albany, OH 43054-3025
20801916       +EDI: DISCOVER.COM Jan 07 2015 01:18:00      Discover Financial Services LLC,   PO Box 6103,
                 Carol Stream, IL 60197-6103
20865743        EDI: FORD.COM Jan 07 2015 01:18:00      FORD MOTOR CREDIT COMPANY LLC,   DRAWER 55-953,
                 P.O. BOX 55000,   DETROIT, MI 48255-0953,   Telephone no. (800) 955-8532
20801920        EDI: FORD.COM Jan 07 2015 01:18:00      Ford Motor Credit Corporation,   PO Box 6275,
                 Dearborn, MI 48121
21282091        EDI: RMSC.COM Jan 07 2015 01:18:00      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
20801921       +EDI: RMSC.COM Jan 07 2015 01:18:00      Gecrb,   Attn: Bankruptcy,   PO Box 103104,
                 Roswell, GA 30076-9104
                                                                                               TOTAL: 11

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2015                              Signature:  /s/Joseph Speetjens

```
District/off: 0752-1           User: dwilliams              Page 2 of 2                  Date Rcvd: Jan 06, 2015
                               Form ID: b18w                Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 6, 2015 at the address(es) listed below:
              Christopher H Purcell    on behalf of Creditor   Ford Motor Credit Company LLC shermlaw13@aol.com
              Glenn B Stearns    mcguckin_m@lisle13.com
              Keith  Levy    on behalf of Creditor    Bank of America, N.A.
               anhsmdk@earthlink.net;anhsmdk@zuckergoldberg.com
              Maria  Georgopoulos    on behalf of Creditor    Residential Credit Solutions, Inc.
               nd-three@il.cslegal.com
              Mohammed O Badwan    on behalf of Debtor Larry David Tucker mbadwan@sulaimanlaw.com,
               mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.co
               m;SulaimanLaw@BestClientInc.com;sulaiman.igotnotices@gmail.com
              Mohammed O Badwan    on behalf of Joint Debtor Amanda Lynn Tucker mbadwan@sulaimanlaw.com,
               mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.co
               m;SulaimanLaw@BestClientInc.com;sulaiman.igotnotices@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Paul M Bach    on behalf of Debtor Larry David Tucker ecfbach@gmail.com,
               ECFNotice@sulaimanlaw.com;Courtinfo@Sulaimanlaw.com;bkycourtinfo@gmail.com;Paul@BachOffices.com;m
               badwan@sulaimanlaw.com;bkycourtinfo@gmail.com;sulaiman.igotnotices@gmail.com
              Paul M Bach    on behalf of Joint Debtor Amanda Lynn Tucker ecfbach@gmail.com,
               ECFNotice@sulaimanlaw.com;Courtinfo@Sulaimanlaw.com;bkycourtinfo@gmail.com;Paul@BachOffices.com;m
               badwan@sulaimanlaw.com;bkycourtinfo@gmail.com;sulaiman.igotnotices@gmail.com
              Rachael A Stokas    on behalf of Creditor    Residential Credit Solutions, Inc.
               ND-Two@il.cslegal.com
                                                                                             TOTAL: 10
```